PROB 12C
(6/16)

Report Date: March 7, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2018

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph Daniel Miller          Case Number: 0980 4:15CR06003-SMJ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮, Richland, Washington 99354

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 1, 2015

Original Offense:       Attempted Transfer of Obscene Matter to a Minor, 18 U.S.C. § 1470

Original Sentence:      Prison - 21 months; TSR - 36 months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Alison L. Gregoire          Date Supervision Commenced: March 29, 2017

Defense Attorney:       Rick Lee Hoffman          Date Supervision Expires: March 28, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.<br><br>**Supporting Evidence**: Joseph Daniel Miller reported to the U.S. Probation Office in Richland, Washington, on March 30, 2017. At this time he signed his conditions of supervised release, which were read to and reviewed with him, to which he signed a copy declaring he fully understood the conditions of supervision imposed upon him, specifically special condition number 17, as noted above.<br><br>Mr. Miller contacted the undersigned officer on February 23, 2018. Mr. Miller stated he was given a questionnaire from the polygrapher, and after examining the questions, believes he may have violated his conditions of supervised release sometime in June 2017, by being recorded by his partner while having sexual intercourse. |

Prob12C
Re: Miller, Joseph Daniel
March 7, 2018
Page 2

|   |   |
|---|---|
| 2 | **Special Condition # 17**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements. |

**Supporting Evidence**: Joseph Daniel Miller reported to the U.S. Probation Office in Richland, Washington, on March 30, 2017. At this time he signed his conditions of supervised release, which were read to and reviewed with him, to which he signed a copy declaring he fully understood the conditions of supervision imposed upon him, specifically special condition number 17, as noted above.

Mr. Miller reported to the U.S. Probation Office in Richland, Washington, on February 26, 2018. During this conversation, Mr. Miller admitted to taking nude photographs of himself and sending them to adult-aged females on approximately five occasions through the mobile phone app "Snapchat." Mr. Miller stated he believes this behavior occurred sometime in the summer of 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 7, 2018

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

03/07/2018
Date